IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Tina Lehman, | : |
| Plaintiff, | : Case No. 2:17-cv-00954-ALM-CMV |
| v. | : Judge Algenon L. Marbley |
| Res-Care, Inc. *et al.*, | : Magistrate Judge Chelsey M. Vascura |
| Defendants. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Tina Lehman, by counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby tenders this Stipulation of Dismissal, signed by counsel for all parties appearing in this action, dismissing Plaintiff's claims against Defendants Res-Care, Inc., Res-Care Ohio, Inc., VOCA Corp., and VOCA Corporation of Ohio in their entirety, with prejudice, with each party to bear its own costs and fees.

/s/
David B. Stouffer (0093972)
Law Office of D.B. Stouffer, LLC
6500 Emerald Pkwy. Ste. 100
Dublin, OH 43016
(614) 388-9446
dbstouffer@staufferlaw.net
*Counsel for Plaintiff Tina Lehman*

Anne E. Duprey (0087798)
10 W. Broad Street, Suite 2300
Columbus, OH 43215
(614) 464-1211
(614) 464-1737 (Fax)
aduprey@fbtlaw.com
*Counsel for Defendants Res-Care, Inc., Res-Care Ohio, Inc., VOCA Corp., and VOCA Corporation of Ohio*

0000KLX.0654092 4846-6304-7258v1